ute. *See, Holmes v. Missouri Dental Board,* 703 S.W.2d 11, 12 (Mo.App.1985).

It was established that the Texas disciplinary action against Dr. Bhuket was taken upon grounds for which revocation or suspension is authorized in Missouri as required under § 334.100.2(8), RSMo 1984. The interpretation and application of the law by the Missouri Commission to the contrary was in error.

The judgment of the Circuit Court reversing the Missouri Commission is affirmed. This cause is remanded to the Circuit Court with directions to remand to the Missouri Commission for further action consistent with this opinion.

All concur.

David L. Mayhugh, Flat River, for petitioner/respondent.

## ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

In re the Marriage of Clarence E. SIMINO, Petitioner/Respondent,

v.

Barbara J. SIMINO, Respondent/Appellant.

No. 56410.

Missouri Court of Appeals, Eastern District, Southern Division.

April 17, 1990.

David L. Colson, Farmington, for respondent/appellant.

STATE of Missouri, Respondent,

v.

Andrew KEEPER, Jr., Appellant.

No. 56438.

Missouri Court of Appeals, Eastern District, Division One.

April 17, 1990.